UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

CAROLYN HOLMES,

          Plaintiff,

vs.                          Case Number: 12-CV-225-JED-PJC

SOUTHWESTERN REGIONAL MEDICAL
CENTER, INC.,

          Defendant.

**AMENDED SCHEDULING ORDER**

| # | Date | Event |
|---|------|-------|
| 1. | - | INITIAL DISCLOSURES Under Federal Rule Civil Procedure 26(a)(1) (Not Filed of Record) |
| 2. | - | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO COMPLAINT (Filed of Record) |
| 3. | - | EXCHANGE OF PRELIMINARY WITNESS LISTS AND PROPOSED EXHIBITS (Not Filed of Record) |
| 4. | - | PLAINTIFF'S EXPERT IDENTIFICATION AND REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 5. | - | DEFENDANT'S EXPERT IDENTIFICATION AND REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 6. | 6/18/2013 | DISCOVERY CUTOFF |
| **7.** | **X** | **SETTLEMENT CONFERENCE REMAINS SET on 5/8/2013 at 1:00 p.m. before ASJ Mary Lohrke** |
| 8. | 7/22/2013 | DISPOSITIVE MOTIONS CUTOFF - Responses and Replies Per Local Rule (Filed of Record) |
| 9. | 7/22/2013 | MOTIONS IN LIMINE - Responses and Replies Per Local Rule (Attorney Meeting to Resolve Issues Required Before Filing) |
| 10. | 9/16/2013 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations) * |
| 11. | 9/25/2013 | COUNTER-DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations) * |
| 12. | 10/2/2013 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 13. | 10/2/2013 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 14. | 10/9/2013 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Resolve Objections Required Before Pleading Without Transcript Filed) * |
| 15. | 10/9/2013 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) * |
| 16. | 10/9/2013 | AGREED PROPOSED PRETRIAL ORDER - Include Agreed Joint Statement of the Case and Final Witness and Exhibit Lists (Submit Through CM/ECF Proposed Order Intake Box) |
| 17. | 10/9/2013 | FINAL WITNESS AND EXHIBIT LIST (Filed of Record) |
| **18.** | **10/16/2013** | **PRETRIAL CONFERENCE at 1:00 p.m.** |
| 19. | 11/12/2013 | REQUESTED JURY INSTRUCTIONS and VOIR DIRE (Filed of Record) |
| 20. | N/A | PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW (Filed of Record) |
| 21. | 11/12/2013 | TRIAL BRIEFS (if desired) |
| 22. | 11/12/2013 | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **23.** | **11/18/2013** | **TRIAL DATE: [x] JURY at 9:30 a.m.** |
|  | 3-4 Days | ESTIMATED TRIAL TIME |
| **24.** | **X** | **ADDITIONALLY ORDERED: The Joint Motion to Amend Scheduling Order (Doc. 53) is granted. If parties wish to reset the Settlement Conference (See Item #7 above), they shall file a separate motion to do so.** |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

This Order is entered this 23rd day of April, 2013.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE

* Deposition transcripts are to be highlighted in different colors indicating designations and counter-designations, and objections should be annotated in the margins.