UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CAROLYN HOLMES,           )<br>                                                 )<br>            Plaintiffs,              )<br>vs.                                          )           Case No. 12-CV-225-JED-PJC<br>                                                 )<br>(1) SOUTHWESTERN REGIONAL )<br>MEDICAL CENTER, INC.,           )<br>                                                 )<br>            Defendant.              ) | |

**ORDER**

Upon the Joint Motion for Continuance of Settlement Conference [Dkt # 57], the Court finds that said Motion should be, and is hereby GRANTED. The Settlement Conference currently set for May 8, 2013 at 1:00 p.m. is hereby stricken.

IT IS THEREFORE ORDERED AS FOLLOWS:

Plaintiff's Settlement Conference Statement is due by 7/31/2013;

Defendant's Settlement Conference Statement is due by 8/7/2013;

Settlement Conference Rescheduled for **August 14, 2013 at 1:00 p.m.,** before ASJ Mary L. Lohrke.

FURTHER, all mandatory guidelines set forth in the Court's original Settlement Conference Order shall remain in effect.

SO ORDERED this 1st day of May, 2013.

Paul J. Cleary
United States Magistrate Judge