UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-225-JED-PJC |
| | ) |
| SOUTHWESTERN REGIONAL | ) |
| MEDICAL CENTER, INC., | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER

Upon consideration of the Joint Motion for Agreed Order Granting Defendant's Request for Permanent Injunctive Relief Against the Plaintiff (Doc. 60), the Court finds that same should be, and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that a permanent injunction against Plaintiff, Carolyn Holmes, is entered as follows:

(a) Plaintiff is hereby permanently restrained and enjoined from disclosing, releasing, distributing or publishing (directly or indirectly) any of Defendant's confidential information, including patient information and information related to Defendant's: marketing efforts, tactics or strategies; patient recruitment, patient selection, and prospective patient rejection processes, efforts, tactics or strategies; and insurance verification process, results, efforts, tactics or strategies;

(b) Plaintiff is hereby permanently restrained and enjoined from disclosing, releasing, distributing or transmitting for any purpose, any of Defendant's trade secrets, proprietary or confidential information that Plaintiff learned during her employment with Defendant; and

(c) Plaintiff is hereby permanently restrained and enjoined from disclosing, releasing, distributing or transmitting for any purpose any information regarding Defendant or its business and from making any public statements about Defendant except information related specifically to Plaintiff's employment with Defendant and termination of such employment.

**SO ORDERED** this 20th day of May, 2013.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE