IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN HOLMES )<br>)<br>     Plaintiffs )<br>)<br>v. )<br>)<br>CANCER TREATMENT CENTERS )<br> OF AMERICA, a/k/a )<br>SOUTHWEST REGIONAL )<br>MEDICAL CENTER )<br>     Defendant | Case No: 12-CV-225 JOD<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD**

On this 20th day of June, 2013, comes now the undersigned counsel of record for Plaintiff herein, and hereby files his Application to Withdraw as Attorney of Record. Plaintiff has terminated undersigned counsel's employment and appeared at the undersigned counsel's office with other counsel, requesting her file. Plaintiff was notified of the proposed filing of this application by electronic communication on June 19, 2013, and responded electronically, acknowledging the proposed filing of this Application, and does not oppose same. The file is being copied and all originals delivered to Plaintiff on this date. The case is at issue, and there are no Motions pending. Plaintiff is hereby advised that upon approval of this Application, that the Court may direct the Plaintiff to cause new counsel to enter an appearance by a date certain, or be regarded as representing herself in this matter.

Counsel for Defendant has been advised of the filing of this motion, and has not opposed same.

Notice of this Application is being provided electronically to Plaintiff at: carolyn.holmes26@yahoo.com, and hand delivered on this date.

WHEREFORE undersigned counsel prays that this Court enter an Order allowing undersigned counsel to withdraw as Attorney of Record, and advising Plaintiff of any further terms and conditions regarding further representation of Plaintiff.

Respectfully submitted,

s/Jeff Nix
Jeff Nix
OBA 6688
406 So. Boulder, Ste 400
Tulsa, OK 74103
(918) 587 3193
Fax (918) 582 6106
jeff.nix@morelaw.com

I hereby certify that on the 20th day of June, 2013. I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit an Notice of Electronic Filing to the following ECF registrant:

Kirk Turner

and that a copy of same was sent electronically to Plaintiff at:

carolyn.holmes26@yahoo.com

and hand delivered from and at 406 So. Boulder, Ste 400, Tulsa, OK 74103

S/Jeff Nix