**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CAROLYN HOLMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 12-CV-225-JED-PJC |
| | ) |
| **SOUTHWESTERN REGIONAL** | ) |
| **MEDICAL CENTER, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is the motion of Jeff Nix, counsel of record for the plaintiff, captioned "Unopposed Application to Withdraw as Attorney of Record" (Doc. 62). In the motion, Mr. Nix represents that plaintiff has retained new counsel and wishes to terminate his representation of her. The motion was filed on June 20, 2013 and no new counsel has sought to enter the case on behalf of plaintiff at this time.

**IT IS THEREFORE ORDERED** that the Unopposed Application to Withdraw as Attorney of Record (Doc. 62) is hereby **GRANTED**, subject to the following conditions. The withdrawal of Jeff Nix shall be effective upon the entry of appearance of substitute counsel, or upon the above-named plaintiff filing a statement that she wishes to proceed *pro se* in this matter. Plaintiff is hereby directed to cause new counsel to enter an appearance in this matter, or to file a statement as described herein should she wish to represent herself in this matter, **within thirty (30) days of this date**. Failure to do so may result in dismissal of plaintiff's claims without prejudice.

**IT IS FURTHER ORDERED** that Jeff Nix shall be required to actively serve as counsel by attending all scheduled hearings, preparing necessary orders, and adhering to dates previously

set by this Court until such time as the conditions set forth in this Order have been met with full compliance.

**IT IS FURTHER ORDERED** that Jeff Nix shall forward a copy of this Order to plaintiff and furnish the Court with any contact information for plaintiff, including her most recent address and phone number.

**DATED** this 20th day of June, 2013.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE